**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                               Government,  :  20 CR 61 (RMB)
      - against -  :  **ORDER**
MIKAL LEAHR,  :
                                             Defendant.  :
-------------------------------------------------------------x

The conference currently scheduled for Tuesday, March 17, 2020 at 1:00 p.m. is hereby rescheduled for 10:30 a.m. on the same date. The conference is further converted into a teleconference. It would be preferable if defendant and counsel were in the same location for the call (for example, counsel's office). Chambers will contact counsel with dial-in instructions.

Dated: New York, New York
           March 13, 2020

                                                                  /s/ Richard M. Berman
                                                            **RICHARD M. BERMAN**
                                                                       **U.S.D.J.**