# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 2, 2020

**BY EMAIL AND ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2020

RE:   **United States v. Mikal Leahr**
       **20 Cr. 61 (RMB)**

Dear Judge Berman:

      I write on behalf of my client, Mikal Leahr, with the consent of the Government, to respectfully request a 60-day adjournment of the conference in the above-referenced case.

      We have been unable to meet with Mr. Leahr, review discovery, and discuss his defense in this case. Our ability to collect necessary records and discuss a disposition with the government has also been impacted. In consequence, we respectfully request that the Court adjourn the conference currently scheduled for September 14 for 60 days to allow counsel and Mr. Leahr adequate time to prepare and discuss the case with each other and the Government. Mr. Leahr's case in front of Judge Stein, 19 Cr. 913 (SHS), was adjourned for 60 days, to November 13. For scheduling purposes, I note that I am unavailable before 1:00 on Tuesdays.

      The Government requests that time from September 14 until the adjourn date be excluded from any Speedy Trial calculations. On behalf of Mr. Leahr, I consent to that request.

      Thank you for your time and consideration of this matter.

Respectfully submitted,
/s/
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
646-588-8323
Peggy_cross-goldenberg@fd.org

Cc: AUSA Kevin Sullivan

*Handwritten order:* Conference is adjourned to November 16, 2020 at 9:30am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 9/3/2020
Richard M. Berman
Richard M. Berman, U.S.D.J.