UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                     Government,      :      20 CR. 61 (RMB)
                                     :
     - against -                    :      **ORDER**
                                     :
MIKAL LEAHR,                         :
                     Defendant.       :
-------------------------------------------------------------x

       The teleconference previously scheduled for Monday, November 16, 2020 at 9:30 AM is hereby rescheduled to 1:00 PM on the same date.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0061

Dated: November 12, 2020
       New York, NY

                                                      _____
                                                          RICHARD M. BERMAN
                                                               U.S.D.J.