**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

MIKAL LEAHR,
                Defendant.
------------------------------------------------------------X

20 CR. 61 (RMB)

**ORDER**

The status conference scheduled for Thursday, January 21, 2021 at 9:00 AM will be held telephonically.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0061

Dated: January 20, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.