# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2022

**BY EMAIL and ECF**

Honorable Sydney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**

RE:   United States v. Mikal Leahr, 20 Cr. 061 (SHS)

Dear Judge Stein:

I write with the consent of the Government to request an adjournment of the sentencing scheduled for November 14. The defense is unavailable on November 14 and needs additional time to prepare for the sentencing in order to effectively represent Mr. Leahr.

I understand that the Court would be available to hold the sentencing at 12:00 on Friday December 16. The parties are available at that time.

Thank you for your time and assistance in this matter.

Respectfully Submitted,

/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
646-588-8323

Cc:   AUSA Jacob Fiddelman (via ECF)
      AUSA Kevin Sullivan (via ECF)

**The sentencing is adjourned to December 16, 2022, at 12:00 p.m.**

Dated: New York, New York
       November 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.